# Court of Appeals
# of the State of Georgia

ATLANTA, March 27, 2017

*The Court of Appeals hereby passes the following order*

**A17D0314. RACHEL F. SHOENTHAL et al. v. FRAN W. SHOENTHAL et al..**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

14CV8263



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, March 27, 2017.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*